UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON,<br><br>  Plaintiff,<br><br>v.<br><br>SEGOVIA, et al.,<br><br>  Defendants. | Case No.: 19-cv-2254-LAB-MDD<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER**<br><br>[ECF No. 12] |

On June 26, 2020, Defendants moved *ex parte* to modify the scheduling order regulating discovery and other pre-trial proceedings. (ECF No. 12). On March 11, 2020, the court filed a scheduling order setting deadlines for discovery and pre-trial proceedings. (ECF No. 9). On May 15, 2020, the Court granted defendants' *ex parte* application to take the Deposition of Plaintiff. (ECF No. 11).

Defendants now request to extend the scheduling order deadlines by sixty days, to September 2020. (ECF No. 12 at 3). In support, Defendants cite to a letter by the California Department of Corrections and

Rehabilitation ("CDRC") describing their request to continue all "hearings, depositions, confidential calls, and in-person meetings through the end of August 2020" due to the impact of the COVID-19 pandemic.  (ECF No. 12 at 6).   Defendants point to the CDRC's potential inability to accommodate depositions in October or September 2020.  (*Id.* at 2).

Rule 16(b)(4), Fed. R. Civ. P., provides that a schedule may be modified "only for good cause." Fed. R. Civ. P. Rule 16(b)(4).  "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment."  *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 609 (9th Cir. 1992); *Sharp v. Covenant Care LLC*, 288 F.R.D. 465, 467 (S.D. Cal. 2012).  Rule 1, Fed. R. Civ. P., provides that the Federal Rules of Civil Procedure "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."  Fed. R. Civ. P. Rule 1.

Presently, the CDRC has requested continuances of all prisoner matters through August 2020.  (ECF No. 12 at 6).  The discovery cutoff is set for October 12, 2020.  (ECF No. 9).  There is no exigency at this time, Defendants' motion is premature.  Accordingly, the Court **DENIES** Defendants' motion to modify the scheduling order **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated:   June 30, 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge