UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS WILSON,<br><br>                    Plaintiff,<br><br>v.<br><br>SGT. SEGOVIA, et al.,<br><br>                    Defendants. | Case No.: 19cv2254-TWR-MDD<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS**<br><br>[ECF No. 31] |

On October 5, 2020, Defendants R. Segovia, M. Hultz, and A. DeMesa (collectively, "Defendants") filed a motion requesting Plaintiff Lucious Wilson, a state prisoner proceeding *pro se* and *in forma pauperis*, be sanctioned for failing to respond to Defendants' request for production of documents. (ECF No. 31). Plaintiff filed a response in opposition to Defendants' motion, contending that he produced all documents in his possession, custody, or control. (ECF No. 37). On October 30, 2020, Defendants filed a reply brief stating that only some of the documents were produced. (ECF No. 40 at 2). Defendants concede, however, that they were "able to obtain adequate testimony regarding documents relating to exhaustion of administrative remedies and other issues." (*Id.*).

Federal Rule of Civil Procedure 37(d) authorizes the court to issue sanctions when a party fails to serve answers to properly served requests for inspection of documents. Fed. R. Civ. P. 37(d)(1)(A). The Court may impose a broad range of sanctions, including "prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters into evidence. . . ." Fed. R. Civ. P. 37(d)(3).

Defendants have indicated that they are not prejudiced by Plaintiff's failure to respond to the request for production of documents because they were able to obtain adequate testimony regarding those documents at Plaintiff's deposition. (*See* ECF No. 40 at 2). Accordingly, the Court **DENIES WITHOUT PREJUDICE** Defendants' motion. Defendants may challenge any evidence Plaintiff submits supporting or opposing designated claims or defenses at the summary judgment and trial stages on the grounds that he did not produce responsive documents to their discovery requests.

**IT IS SO ORDERED**.

Dated: November 2, 2020

Hon. Mitchell D. Dembin
United States Magistrate Judge