UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIOUS WILSON,<br><br>                    Plaintiff,<br><br>v.<br><br>SGT. SEGOVIA, et al.,<br><br>                    Defendants. | Case No.: 19-CV-2254 TWR (MDD)<br><br>**ORDER (1) ADOPTING REPORT & RECOMMENDATION, AND (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**<br><br>(ECF Nos. 42, 53) |

Presently before the Court is Defendants' Motion for Summary Judgment ("Motion," ECF No. 42). Magistrate Judge Mitchell D. Dembin has issued a Report and Recommendation on the Motion ("R&R," ECF No. 53), recommending that the Court grant the Motion. Having carefully reviewed the Parties' arguments, Magistrate Judge Dembin's R&R, the underlying administrative record, and the law, the Court **ADOPTS** Magistrate Judge Dembin's R&R in its entirety and **GRANTS** Defendants' Motion.

### BACKGROUND

Magistrate Judge Dembin's R&R contains a thorough and accurate recitation of the factual and procedural history underlying the instant Petition. (*See* R&R at 1–3.) This Order incorporates by reference the background as set forth therein.

/ / /

## LEGAL STANDARD

When a magistrate judge issues a report and recommendation on a motion pending before a district court judge, the district court must "make a de novo determination of those portion of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).  But "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir.), *cert. denied*, 419 U.S. 879 (1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (emphasis in original) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

## ANALYSIS

As of the date of this Order, the Court has received no objections to Magistrate Judge Dembin's R&R.  (*See* R&R at 9 (ordering that any objections be filed no later than January 29, 2021).)  Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error.  The Court therefore **ADOPTS** Magistrate Judge Dembin's R&R in its entirety and **GRANTS** Defendants' Motion.

## CONCLUSION

In light of the foregoing, the Court **ADOPTS** Magistrate Judge Dembin's R&R (ECF No. 53) and **GRANTS** Defendants' Motion (ECF No. 42).

**IT IS SO ORDERED.**

Dated:  November 18, 2021

_____
Honorable Todd W. Robinson
United States District Judge